# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT ROSSI, | Civil No. 3:20-CV-00844 |
| Plaintiff, | |
| v. | |
| GEORGE NEUMAYR and THE AMERICAN SPECTATOR FOUNDATION, INC., | |
| Defendants. | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 16th day of November, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Plaintiff's motion to remand (Doc. 7) is **GRANTED**.

2. The Clerk of Court is directed to **REMAND** this case to the Lackawanna County Court of Common Pleas.

3. Upon effectuating the remand, the Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
